

12-12038



Original Document Placed on Shelf

2016 JUN -8 P 12: 45

FILED

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

Founded in 1852
by Sidney Davy Miller

**MILLER CANFIELD**

Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

JOEL C. BRYANT
TEL (313) 496-7826
FAX (313) 496-7500
E-MAIL bryant@millercanfield.com

MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Kalamazoo • Lansing • Troy
FLORIDA: Tampa
ILLINOIS: Chicago
NEW YORK: New York
OHIO: Cincinnati
CANADA: Windsor
CHINA: Shanghai
MEXICO: Monterrey
POLAND: Gdynia
Warsaw • Wrocław

June 8, 2016

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
Eastern District of Michigan
231 W. Lafayette
Room 564
Detroit, MI 48226

   Re: *Randy Berkshire v. Debra Dahl, et al.*, Case No: 12-cv-12038; Exhibit 4 in
     Support of Plaintiff Randy Berkshire's Response to Second Motion for Summary
     Judgment By Defendant Vasilis Pozios

Dear Sir/Madam,

  Enclosed please find a disc containing Exhibit 4 to Plaintiff Randy Berkshire's Response to Second Motion for Summary Judgment By Defendant Vasilis Pozios (Doc. 221) in the above-captioned matter. Permission to file this exhibit in the traditional manner was granted by Magistrate Judge Stephanie Dawkins Davis via text-only order on June 8, 2016.

       Very truly yours,

       MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

       By: *Joel Bryant*
         Joel C. Bryant

Enclosure

cc: Dale Robinson, Esq. (via email; disc sent via separate cover on June 3, 2016)
   Clifton Schneider, Esq. (via email; disc sent via separate cover on June 3, 2016)

26882059.1\066667-00449