UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERKSHIRE,

    Plaintiff,                         NO. 2:12-cv-12038

v.                                      HON. ARTHUR J. TARNOW

DEBRA DAHL, et al.,                     MAG. ANTHONY P. PATTI

    Defendants.

_____

| | |
|---|---|
| Conor T. Fitzpatrick (P78981) | Adam R. de Bear (P80242) |
| Joel C. Bryant (P79506) | John L. Thurber (P44989) |
| MILLER, CANFIELD, PADDOCK | Assistant Attorney General |
| AND STONE P.L.C. | MICHIGAN DEPARTMENT OF ATTORNEY |
| 150 W. Jefferson Avenue, Ste. 2500 | GENERAL STATE OPERATIONS DIVISION |
| Detroit, MI 48226 | P. O. Box 30754 |
| Fitzpatrick@millercanfield.com | Lansing, MI 48909 |
| Bryant@millercanfield.com | (517) 373-1162 |
| (313) 963-6420 | deBearA@michigan.gov |
| | thurberj@michigan.gov |
| | |
| *Attorneys for Plaintiff* | *Attorneys for MDOC Defendants* |
| | |
| | Dale A. Robinson (P55522) |
| | RUTLEDGE, MANION, RABAUT, TERRY & |
| | THOMAS, PC |
| | 333 W. Fort Street, Ste. 1600 |
| | Detroit, MI 48226 |
| | (313) 965-6100 |
| | drobinson@rmrtt.com |
| | |
| | *Attorney for Defendant Pozios* |

_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO MDOC DEFENDANTS**

Plaintiff Randy Berkshire and Defendants Donna Beauvais (now Donna Venkataraman), Debra Dahl, Robert LeDuc, Michael Nelson, the Michigan Department of Corrections, and Christopher Sermo (the "MDOC Defendants") stipulate as follows:

1. Plaintiff and the MDOC Defendants have resolved their disputes and offer this stipulated order of dismissal.

2. Plaintiff and the MDOC Defendants consider the settlement of Plaintiff's claims against the MDOC Defendants to be final and governed by an agreement between them, which this Court retains jurisdiction to enforce.

3. Plaintiff's claims against the MDOC Defendants are dismissed with prejudice and without costs, interest, or attorney's fees awarded to either party.

4. This Order does not affect the claims against Defendant Pozios.

IT IS SO ORDERED.

                                            s/Arthur J. Tarnow
                                            ARTHUR J. TARNOW
Dated: September 29, 2020          United States District Judge
*Approved as to form and content:*

*/s/ Conor T. Fitzpatrick*                        Dated: September 24, 2020
Conor T. Fitzpatrick (P78981)
Attorney for Plaintiff Randy Berkshire

*/s/ John L. Thurber (w/ consent)*          Dated: September 24, 2020
John L. Thurber (P44989)
Assistant Attorney General
Attorney for the MDOC Defendants